I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ PLF (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7-16-14

_____
DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 16 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANON A. ATCHISON,<br><br>        Plaintiff,<br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 13-9063-AG (RNB)<br><br>ORDER TO SHOW CAUSE |

Under Section V.A of the Court's January 29, 2014 Case Management Order, plaintiff was required to serve and file his motion for judgment on the pleadings within 35 days of the service and filing of the Answer.

The Answer was served and filed on June 3, 2014. Thus, including the 3 extra days to which plaintiff was entitled under Fed. R. Civ. P. 6(d), the filing deadline for plaintiff's motion for judgment on the pleadings was July 11, 2014. Although that deadline now has elapsed, plaintiff still has not filed his motion for judgment on the pleadings.

Accordingly, on or before **August 1, 2014**, plaintiff is ORDERED to either (a) serve and file his motion for judgment on the pleadings in accordance with the format specified in Section VI of the January 29, 2014 Case Management Order or (b) show good cause in writing, if any exists, why plaintiff did not timely file his motion for

1

judgment on the pleadings, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order. Plaintiff is forewarned that, if he fails to do either, the Court will deem such failure a further violation of a Court order justifying dismissal and also deem such failure as further evidence of a lack of prosecution on plaintiff's part.

DATED: July 15, 2014

*/s/ Robert N. Block*
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE