JS-6/Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1/5/2015

D. Vo

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
JAN - 5 2015
CENTRAL DISTRICT OF CALIFORNIA
BY DV DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANON A. ATCHISON,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. CV 13-9063-AG (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: December 31, 2014

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 5 2015
CENTRAL DISTRICT OF CALIFORNIA
BY DV DEPUTY